***AMENDED***

## <u>SPECIAL CONDITIONS OF RELEASE</u>

Re: Alejandro Perez
No.:  2:26-CR-045-TLN-3
Date:May 19, 2026

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond is **delayed until the first working day at 9:00am**, **following the posting of the property bond**, at which time you must report directly to the Pretrial Services office in Sacramento for the installation of the location monitoring equipment;

3. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for **more than 24 hours** without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **excessive** use of alcohol;

9. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

11. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

12. You must not associate or have any contact with any **co-defendants** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

13. You must report any contact with law enforcement to your pretrial services officer within **24 hours**;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; and

15. **CURFEW**: You must remain inside your residence every day from **8:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.